# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICHARD A. WHITNEY, RYAN
WHITNEY, AND THE RA WHITNEY
TRUSTS

VERSUS

CLEARVIEW CABLE LLC D/B/A
CLEARVIEW SOLAR; SHANE
RICHARDSON; BRAD HUGHES;
TOBY DUBOIS; JNT LOUISIANA,
LLC; AND WT CONSTRUCTION,
INC.

NO.   2025 CW 0842

NOVEMBER 17, 2025

---

In Re:    Brad  Hughes  and  Shane  Richardson,  applying  for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 738081.

---

BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.

WRIT DENIED.

BDE
WEF

Miller, J., dissents and would grant the writ. I find the district court erred in overruling the evidentiary objection of defendants, Shane Richardson and Brad Hughes, to the affidavit of Richard Whitney and the attachments thereto. The affidavit did not contain sufficient information to determine that the affidavit was based on personal knowledge and to authenticate the attached documents. In addition, the deposition excerpts submitted by plaintiff with his reply memorandum were inadmissible. No additional documents may be filed with the reply memorandum. La. Code Civ. P. art. 966(B)(3). Upon exclusion of this evidence, I would reverse the July 16, 2025 judgment of the district court and deny the motion for partial summary judgment filed by plaintiff, Richard Whitney, in his capacity as Trustee of the RA Whitney Inter Vivos Trusts.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT